UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X    AFFIDAVIT OF SERVICE
In re.

Eddy Manuel Estevez Dominguez                                   CASE NO. 21-10233-rdd
                                                                CHAPTER 7

                              Debtor.

-----------------------------------------------------------X

STATE OF NEW YORK           )
COUNTY OF WESTCHESTER       ) SS:
CITY OF WHITE PLAINS        )

      Madelyn Soliman, being duly sworn deposes and says that she is over 18 years of age, is not a party to this action and resides in Westchester, New York:

      That on March 25th, 2022, I served a copy of the *Notice of Hearing & Motion to Reopen* upon the following parties whose names are hereinafter set forth by depositing a true and correct copy of same enclosed in a postpaid wrapper in the Official Depository maintained and exclusively controlled the U.S. Post Office to said parties at the addresses set forth after their respective names, that being the address within the state designated by them for this purpose, to wit:

To:

Judge Martin Glenn
U.S. Bankruptcy Court
Southern District of New York
500 Pearl Street,
New York, NY 10007

Debtor
Eddy Manuel Estevez Dominguez
1185 Lebanon Street
Apt 4K
Bronx, NY 10460

U. S. Trustee
United States Trustee
Gregory M. Messer
Law Offices of Gregory Messer, PLLC
26 Court Street
Suite 2400
Brooklyn, NY 11242

Attorney for AllState
Serpe, Andree & Kaufman
PO BOX 165/149 Main Street
Huntington, NY 11743

CREDIT ONE BANK

ATTN: BANKRUPTCY DEPARTMENT

PO BOX 98873

LAS VEGAS, NV 89193

{01897344 /1 }                                  1

DEPARTMENT STORE NATIONAL BANK/MACY'S

ATTN: BANKRUPTCY

9111 DUKE BOULEVARD

MASON, OH 45040

FIRST PREMIER BANK

ATTN: BANKRUPTCY

PO BOX 5524

SIOUX FALLS, SD 57117

ENHANCED RECOVERY CORP

ATTN: BANKRUPTCY

8014 BAYBERRY ROAD

JACKSONVILLE, FL 32256

NCB MANAGEMENT SERVICES

ATTN: BANKRUPTCY

ONE ALLIED DRIVE

TREVOSE, PA 19053

PORTFOLIO RECOVERY

ATTN: BANKRUPTCY

120 CORPORATE BLVD

NORFOLK, VA 23502

RESURGENT CAPITAL SERVICES

C/O RESURGENT CAPITAL SERVICES

GREENVILLE, SC 29602

SANTANDER CONSUMER USA

ATTN: BANKRUPTCY

10-64-38-FD7 601 PENN ST

READING, PA 19601

TOYOTA FINANCIAL SERVICES

ATTN: BANKRUPTCY

PO BOX 8026

CEDAR RAPIDS, IA 52409

WELLS FARGO BANK NA

ATTN: BANKRUPTCY

1 HOME CAMPUS MAC X2303-01A

DES MOINES, IA 50328

{01897344 /1}                                    2

Sworn to before me this 25th
Day of March, 2022

*[signature]*

LEYSIS JOHANNA SANTANA RODRIGUEZ
NOTARY PUBLIC-STATE OF NEW YORK
No. 01SA6399690
Qualified in Queens County
My Commission Expires 10-28-2023

*[signature]*
Madelyn Soliman