UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
In re:

Eddy Manuel Estevez Dominguez                                   CASE NO. 21-10233-MG
                                                                CHAPTER 7


                        Debtor.
------------------------------------------------------------------------X

## ORDER REOPENING CHAPTER 7 CASE

Upon the Motion, dated March 25, 2022 (the "Motion," ECF Doc. # 11) of the debtor herein (the "Debtor") for an order reopening this chapter 7 case pursuant to 11 U.S.C. § 350(b) in order for the Debtor to amend his schedule F to list an additional creditor Allstate Insurance Co.; and, after due and sufficient notice of the Motion, there being no objections to the requested relief; and upon the record of the hearing held by the Court on the Motion on April 21, 2022; and, after due deliberation, the Court having determined for the reasons stated at the hearing that the Debtor has established sufficient cause for the relief granted herein, it is hereby

**ORDERED**, that the Motion is granted as provided herein; and it is further

**ORDERED**, that this chapter 7 case is reopened pursuant to 11 U.S.C. §350(b) so that the Debtor can file an amended schedule F to list an additional creditor


**IT IS SO ORDERED.**

Dated:  April 22, 2022
        New York, New York


                                                            **/s/ Martin Glenn**
                                                            MARTIN GLENN
                                        Chief United States Bankruptcy Judge